■ In the Matter of DESHAUN G., a Person Alleged to be a Juvenile Delinquent, Appellant. [930 NYS2d 881]—

The appeal from so much of the order of disposition as placed the appellant on probation for a period of 12 months has been rendered academic, as the period of placement has expired (*see* *Matter of Javan P.*, 81 AD3d 833 [2011]).

The Family Court properly denied that branch of the appellant's omnibus motion which was to suppress physical evidence. The evidence presented at the suppression hearing established that there was a lawful basis to stop and detain the appellant as a suspected truant (*see* Education Law § 3213 [2]; *Matter of Shannon B.*, 70 NY2d 458 [1987]; *Matter of Kennedy T.*, 39 AD3d 408 [2007]; *Matter of D'Angelo H.*, 184 AD2d 1039, 1040 [1992]; *Matter of Devon B.*, 158 AD2d 519, 520 [1990]), and the pat down of the book bag which the appellant was holding was reasonable under the circumstances (*see Matter of Bernard G.*, 247 AD2d 91, 93 [1998]; *Matter of D'Angelo H.*, 184 AD2d at 1040; *Matter of Mark Anthony G.*, 169 AD2d 89, 92-93 [1991]; *Matter of Devon B.*, 158 AD2d at 520; *Matter of Terrence G.*, 109 AD2d 440, 445-446 [1985]). Mastro, J.P., Florio, Eng and Sgroi, JJ., concur.